[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10222
_____

D.C. Docket No. 1:15-cr-00367-WSD-JKL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY LEPORE,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 22, 2018)

Before WILSON and BLACK, Circuit Judges, and SCHLESINGER,[*] District
Judge.

---

[*] Honorable Harvey E. Schlesinger, United States District Judge for the Middle District
of Florida, sitting by designation.

PER CURIAM:

Following a jury trial, Appellant was convicted of conspiracy to commit honest services fraud in violation of 18 U.S.C. § 1349; honest services fraud in violation of 18 U.S.C. §§ 1341, 1346, and 2; and federal funds bribery in violation of 18 U.S.C. § 666(a)(2) and 2. Appellant appeals his convictions, alleging: (1) there was insufficient evidence that he, the CEO of Rite Way Service Inc., knew of and willfully joined in the plan to bribe Patrick Jackson, a public official; (2) there was insufficient evidence that Jackson performed "official acts" in exchange for these bribes; (3) the District Court's use of the deliberate ignorance jury instruction was harmful error; and (4) the District Court improperly applied a four-level enhancement under USSG §2Cl.l(b)(3).

After a thorough review of the briefs, record, and having had the benefit of oral argument, we reject Appellant's arguments and affirm his convictions and sentence.

**AFFIRMED.**